

01-15-00759-CV

# ANNIE REBECCA ELLIOTT
## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Facsimile: (281) 341-4519

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 4:20:33 PM
CHRISTOPHER A. PRINE
Clerk

**September 03, 2015**

To: The Clerk of the **First Court Of Appeals** for the **1**st Supreme Judicial District of Texas (Civil Appeal)

Trial Court No: **13-DCV-208648**    From the **328**th **Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Ronald R Pope**    Court Reporter: **Sylvia Thompson**

| Appellant(s):<br><br>**Ada Ukah Brown** | **VS** | Appellee(s):<br><br>**Bright O Wokocha** |
| --- | --- | --- |

| *Attorney for Appellant(s)* | | *Attorney For Appellee(s)* |
| --- | --- | --- |
| **James Okoro Okorafor** | | **Bright O Wokocha** |
| SBN: 15241710 | | Pro-Se |
| Attorney At Law | | 8607 Bright Night |
| 10101 Fondren Suite 260 | | Richmond Tx  77407 |
| Houston TX  77096 | | |
| Telephone: 713-839-9700 | | Telephone: 832-687-8639 |
| Facsimile: | | Facsimile: |
| E-mail: laws@joolaws.com | | E-mail: |
| Attorney for: Ada Ukah Brown, Appellant | | Attorney for: Bright O Wokocha, Appellee |

Date of Judgment/Appealable Order**: July 08, 2015**    Nature of Action: **Divorce - No Children**

Disposition of Case: **Agreed Judgment/Final**    Jury Trial: **No**

**Motion to Modify or Reform Final Decree filed on: July 24, 2015**    **Request for Findings of Facts and Conclusions of Law filed on: 07/28/2015**

Notice of Appeal Filed On: **September 01, 2015**

Signed **on this the 3**rd **day of September, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By: /s/ Petra Lozano
Deputy District Clerk Petra Lozano
Telephone: (281) 341-4502

Electronically submitted to the First Court Of Appeals for the 1st Supreme Judicial District of Texas

Filed
8/31/2015 7:03:28 PM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Sydney Crane

NO. <u>13-DCV-208648</u>

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **ADA WOKOCHA** | § | **328TH JUDICIAL DISTRICT** |
| **AND** | § | |
| **BRIGHT O. WOKOCHA** | § | **FORT BEND COUNTY, TEXAS** |

## <u>NOTICE OF APPEAL</u>--premature.

On August 14, 2015, the Trial Court heard Petitioner's Motion for Modification of the Final Divorce Decree. Petitioner intends to timely file in the trial court, Motions for New Trail and for Reformation\Reconsideration of the Final Divorce Decree.

Subject to and without prejudice her rights to fully exhaust her post judgment remedies in the trial court, Petitioner now files this Notice of Appeal {NOA}. This NOA is intended to become effective as of its due date if and only if Petitioner does not by means of her post judgment motions obtain her just and right remedies in the trial court.

Respectfully Submitted:

*/s/ James O. Okorafor*
James O. Okorafor
SBOT # 15241710
10101 Fondren, Suite 260
Houston, Texas 77096
TEL NO: (713) 839-9700
EMAIL: laws@joolaws.com

Attorney for Petitioner & Business Entities

### <u>CERTIFICATE OF SERVICE</u>

I certify that Notice of Appeal, prematurely filed, was served on all parties and counsels of record by the Electronic Case Manager no later September 1, 2015.

*/s/ James O. Okorafor*
James Okorafor

ROUTED TO COURT

RT'D TO D. CLERK